00-55-3938             ARDC No. 01144642

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FILED

JUL 1 4 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL J. CORBETT,<br>    Plaintiff,<br>vs.<br>TERRANCE WHITE, Individually and in<br>his official capacity as a Police Officer<br>of the City of Markham, Illinois, et al.,<br>    Defendants. | No. 00 C 4661<br>Judge Gottschall<br>Magistrate Judge Schenkier |

### NOTICE OF FILING

TO: Mr. Michael J. Corbett (Pro Se), P.O. Box 3756, Lisle, Illinois 60532-8756

PLEASE TAKE NOTICE that on this 14th day of July, 2003, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our **DEFENDANTS' MOTION *IN LIMINE* NO. 1, DEFENDANTS' MOTION *IN LIMINE* NO. 2, DEFENDANTS' MOTION *IN LIMINE* NO. 3, DEFENDANTS' MOTION *IN LIMINE* NO. 4, DEFENDANTS' MOTION *IN LIMINE* NO. 5, DEFENDANTS' MOTION *IN LIMINE* NO. 6**, copies of which are attached hereto and served upon you.

### PROOF OF SERVICE BY MAIL

The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, in a properly addressed postage prepaid envelope, by depositing same in the U.S. mail located at 222 North LaSalle Street, Chicago, Illinois on this 14th day of July, 2003.

SUBSCRIBED and SWORN to before me this 14th day of July, 2003.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL 60601
(312) 201-8880

OFFICIAL SEAL
JANET L. OWEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10-24-06



| | |
|---|---|
| MICHAEL J. CORBETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 00 C 4661 |
| | ) |
| TERRANCE WHITE, Individually and in | ) Judge Gottschall |
| his official capacity as a Police Officer | ) |
| of the City of Markham, Illinois and | ) Magistrate Judge Schenkier |
| TIM TYLER, Individually and in his | ) |
| official capacity as a Police Officer of | ) |
| the City of Markham, Illinois and as a | ) |
| Police Officer of the State of Illinois | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION IN *LIMINE* NO. 1

NOW COME the Defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, by and through their attorneys, HARTIGAN & CUISINIER P.C., and pursuant to the Federal Rules of Evidence 104(b), 402, 403, 404(b), and 803(c), move this Honorable Court for an order in *limine* to limit the introduction into evidence and instruct the plaintiff not to mention, refer to, interrogate concerning, voluntarily answer, introduce any evidence concerning, or attempt to convey to the jury at any time during the proceedings in any manner, either directly or indirectly, the subject matter of the following matters:

1. Certain disclosures were made by the defendants pertaining to the defendants that would presumably be used by the plaintiff to impeach the defendants' character and credibility. They are as follows:

   a. That the defendant has either been a petitioner or a respondent in a divorce proceeding;

   b. That the defendant has been a defendant in one or more civil proceedings relating to his work as a Markham Police Officer.

WHEREFORE, the defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, respectfully request this Honorable Court enter an order in *limine* in accordance with the foregoing.

Respectfully Submitted,

Patrick H. O'Connor, one of the attorneys
for the defendants, Terrance White and Tim Tyler

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street
Suite 2150
Chicago, Illinois 60601
(312)201-8880