DOCKETED
JUL 15 2003

FILED
JUL 14 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

00-55-3938  ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. CORBETT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 00 C 4661 |
| TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois | ) | Judge Gottschall |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## DEFENDANTS' MOTION IN *LIMINE* NO. 3

NOW COME the Defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, by and through their attorneys, HARTIGAN & CUISINIER P.C., and pursuant to the Federal Rules of Evidence 104(b), 402, 403, 404(b), and 803(c), move this Honorable Court for an order in *limine* to limit the introduction into evidence and instruct the plaintiff not to mention, refer to, interrogate concerning, voluntarily answer, introduce any evidence concerning, or attempt to convey to the jury at any time during the proceedings in any manner, either directly or indirectly, the subject matter of the following matters:

62

1. During the course of the deposition of MR. CORBETT he testified that after the [criminal] charges were filed he "basically went crazy". (Corbett deposition, page 51-52.)

2. During the course of the discovery plaintiff indicated that he would not be calling any physicians to testify on his behalf at the trial of this matter and, as a result, Judge Schenkier quashed the subpoenas issued to plaintiff's medical care providers.

3. Therefore, the defendants are unable to cross-examine the plaintiff on any treatment or diagnose he attributes to any of the physicians he saw.

4. Plaintiff should, therefore, be limited to submitting bills only, for reimbursement for those out-of-pocket expenses.

5. Plaintiff is not allowed to testify as to what a physician told him about his condition or what his diagnosis is or was, since that is clearly hearsay.

6. He also testified during the course of his deposition that he was "real depressed" and his psychiatrist wanted to hospitalize him. (Corbett deposition, p. 57.)

7. MR. CORBETT also testified that after the criminal charges were filed he felt "suicidal".

8. That MR. CORBETT has been on medication for depression and anxiety since 1987 or 1988. (Corbett deposition, p. 60.)

9. MR. CORBETT has been treated for depression and anxiety for a long period of time and, at the time of his deposition, he was still being treated for it.

10. Since the plaintiff is not going to have any physicians testify that his mental condition deteriorated following this incident, plaintiff is not competent to give expert testimony on that issue, either the cause or etiology of it. Plaintiff should be limited to the

submission of the expenses, and be prohibited from testifying regarding any mental condition or the deterioration or contributing factors to the deterioration, since he has indicated, in open court, that he would not be seeking to introduce expert testimony and, on that basis, Judge Schenkier quashed the subpoenas upon the medical care providers.

WHEREFORE, the defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, respectfully request this Honorable Court enter an order in *limine* in accordance with the foregoing.

Respectfully Submitted,

Patrick H. O'Connor, one of the attorneys for the defendants, Terrance White and Tim Tyler

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street
Suite 2150
Chicago, Illinois 60601
(312)201-8880

See Case File For Exhibits