00-55-3938    ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 1 4 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL J. CORBETT, | ) |
| Plaintiff, | ) |
| vs. | ) No. 00 C 4661 |
| TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois | ) Judge Gottschall ) ) Magistrate Judge Schenkier |
| Defendants. | ) |

## DEFENDANTS' MOTION IN *LIMINE* NO. 4

NOW COME the Defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, by and through their attorneys, HARTIGAN & CUISINIER P.C., and pursuant to the Federal Rules of Evidence 104(b), 402, 403, 404(b), and 803(c), move this Honorable Court for an order in *limine* to limit the introduction into evidence and instruct the plaintiff not to mention, refer to, interrogate concerning, voluntarily answer, introduce any evidence concerning, or attempt to convey to the jury at any time during the proceedings in any manner, either directly or indirectly, the subject matter of the following matters:



1. Plaintiff made some allegations during the course of his deposition that he felt WHITE and/or TYLER were either following him or trying to intimidate him. (Corbett deposition, p. 171.)

2. He does not have any evidence that WHITE or TYLER were following him around or attempting to intimidate him.

WHEREFORE, the defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, respectfully request this Honorable Court enter an order in *limine* in accordance with the foregoing.

Respectfully Submitted,

Patrick H. O'Connor, one of the attorneys for the defendants, Terrance White and Tim Tyler

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street
Suite 2150
Chicago, Illinois 60601
(312)201-8880

See Case File For Exhibits