00-55-3938

ARDC No. 0114464 JUL 15 2003

DOCKETED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JUL 14 2003 TO

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL J. CORBETT, | ) |
| Plaintiff, | ) |
| vs. | ) No. 00 C 4661 |
| TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois | ) Judge Gottschall ) ) Magistrate Judge Schenkier ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION IN *LIMINE* NO. 5

NOW COME the Defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, by and through their attorneys, HARTIGAN & CUISINIER P.C., and pursuant to the Federal Rules of Evidence 104(b), 402, 403, 404(b), and 803(c), move this Honorable Court for an order in *limine* to limit the introduction into evidence and instruct the plaintiff not to mention, refer to, interrogate concerning, voluntarily answer, introduce any evidence concerning, or attempt to convey to the jury at any time during the proceedings in any manner, either directly or indirectly, the subject matter of the following matters:

1. That the plaintiff has filed other civil complaints. (See attached Exhibits "A" and "B", Corbett v. Sheahan and Corbett v. Biggs.)

2. During the course of discovery of this matter, the plaintiff was arrested and prosecuted for attempting to obstruct the execution of a search warrant in Kendall County, Illinois.

3. MR. CORBETT proceeded to trial on that, was found guilty, and was sentenced to time in the county jail.

4. That as a result of that arrest and prosecution, MR. CORBETT has initiated a lawsuit entitled Corbett v. Biggs, case no. 01 C 7421. The claim was state law battery, criminal trespass, Section 1983 unlawful restraint, Section 1983 conspiracy, Section 1983 denial of access to court, caused the plaintiff emotional distress and financial damages.

5. The plaintiff is claiming, in the case *sub judice*, that he suffered emotional distress as a result of this occurrence, in which the plaintiff has alleged conspiracy, due process and First Amendment violations.

6. That the defendant should be allowed to present the jury with evidence of this other complaint, signed and sworn to by MR. CORBETT against various police officers as similar damages are being sought, particularly in the area of "emotional distress" in both this action and the case *sub judice*.

7. That the Corbett v. Sheahan matter, case no. 00 C 811, involves a seven count complaint seeking damages and equitable relief. The plaintiff is seeking recovery in this case for damages he allegedly received at the Cook County Jail as a result of MR. CORBETT not appearing for court on January 6, 1999 when he failed to appear on the Markham call before Judge Zelezinski who issued a warrant for his arrest. The following day MR. CORBETT surrendered to the authorities at Cook County and was transported to Cook County Jail where he allegedly suffered humiliation and emotional distress.

8. Plaintiff is seeking recovery in the case *sub judice* for emotional distress. That the defendants should be allowed to present this complaint to the jury and make the determination as to what, if any, damages were suffered by plaintiff as a result of the incidents occurring on August 3, 1998 and thereafter.

WHEREFORE, the defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, respectfully request this Honorable Court enter an order in *limine* in accordance with the foregoing.

Respectfully Submitted,

Patrick H. O'Connor, one of the attorneys for the defendants, Terrance White and Tim Tyler

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street
Suite 2150
Chicago, Illinois 60601
(312)201-8880

*See Case File for Exhibits*