DOCKETED
JUL 15 2003

00-55-3938  ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 14 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL J. CORBETT, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 00 C 4661<br>) |
| TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois | ) Judge Gottschall<br>)<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' MOTION IN *LIMINE* NO. 7

NOW COME the Defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, by and through their attorneys, HARTIGAN & CUISINIER P.C., and pursuant to the Federal Rules of Evidence 104(b), 402, 403, 404(b), and 803(c), move this Honorable Court for an order in *limine* to limit the introduction into evidence and instruct the plaintiff not to mention, refer to, interrogate concerning, voluntarily answer, introduce any evidence concerning, or attempt to convey to the jury at any time during the proceedings in any manner, either directly or indirectly, the subject matter of the following matters:

1. The plaintiff testified during the course of his deposition that he felt that WHITE committed perjury during his testimony before the court on the criminal case.

2. That WHITE has never been charged with perjury and, in fact, WHITE is immune for testimony given as part of a criminal proceeding. A police officer's alleged perjury is protected by absolute immunity as a matter of law, both before and during arrestee's criminal trial proceedings at which they testified. Ineco v. City of Chicago, 286 F.3d 994 (C.A. 7 2002) and Briscoe v. Lahue, 460 U.S. 325, 103 S.Ct. 1108, 75 L.Ed2d 96 (1983).

3. A plaintiff should not be allowed to accuse the defendant of perjuring himself as it is prejudicial and not actionable.

WHEREFORE, the defendants, TERRANCE WHITE, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and TIM TYLER, Individually and in his official capacity as a Police Officer of the City of Markham, Illinois and as a Police Officer of the State of Illinois, respectfully request this Honorable Court enter an order in *limine* in accordance with the foregoing.

Respectfully Submitted,

Patrick H. O'Connor, one of the attorneys for the defendants, Terrance White and Tim Tyler

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street
Suite 2150
Chicago, Illinois 60601
(312)201-8880