AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



JAN - 2004

Michael J. Corbett

v.

Tim Tyler and Terrence White

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 4661

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants, Tim Tyler and Terrence White and against Plaintiff, Michael J. Corbett.

Michael W. Dobbins, Clerk of Court

Date: 1/7/2004

Rhonda Johnson, Deputy Clerk