00 C 4661
Michael J. Corbett v. White et al
*Judge Joan B. Gottschall*
January 7, 2004
Jury Note

WE HAVE REACHED A VERDICT

*[signature]*

**FILED**
JAN X 7 2004
JUDGE JOAN B. GOTTSCHALL
United States District Court